IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR178 |
| vs. | ) | ORDER |
| BRIAN ROBINSON, KIMBERLY SANTIAGO ROBINSON, CUC THI SCHAEFFER, JOHN ACOSTA, and ANTONIO BENITEZ GONZALEZ, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of the government to adjust the discovery and pretrial motions deadline (Filing No. 46). The government's counsel represents that the defendants' counsel have no objection to the motion. The motion is granted.

**IT IS ORDERED:**

1. The parties shall have **to on or before September 30, 2015**, in which to complete discovery and shall have **to on or before November 30, 2015**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such request and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from August 31, 2015, and November 30, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 31st day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge