IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR178 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIAN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the request of defendant Brian Robinson (Robinson) to modify pretrial release conditions made at Robinson's arraignment in this district. At the time of Robinson's appearance in the Eastern District of California he was released on the normal conditions of release, bail in the amount of $200,000.00, as well as special conditions of release including restricting his travel to the Eastern District of California and the District of Nebraska unless otherwise approved in advance by the pretrial services officer except to travel to the Northern District of California for attorney visits as approved in advance by the pretrial services officer (Filing No. 18). During his initial appearance in this district, Robinson sought permission to travel to Nevada and Southern California for the purpose of engaging in his profession, gambling. The court required Robinson to submit various financial documents as well as copies of tax returns for the past three years. Robinson submitted various documents with his memorandum to modify the conditions of release (Filing No. 36). Robinson submitted the tax returns in camera and asked they be sealed (Filing No. 37). The government filed an opposition and index to the modification request (Filing Nos. 38 and 39). Robinson filed a reply to the government's opposition (Filing No. 40).

Robinson's supervising pretrial services officer in the Eastern District of California opposes any modification in the release conditions imposed by Magistrate Judge Edmund Brennan in the Eastern District of California. Having reviewed all submissions regarding this matter, the court finds the conditions of release imposed by the Eastern District of California should not be modified. Robinson's request for modification of the conditions of his release as set forth in Filing No. 36 is denied.

**IT IS SO ORDERED.**

DATED this 1st day of September, 2015.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                            United States Magistrate Judge