IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN ROBINSON,<br>KIMBERLY SANTIAGO ROBINSON,<br>CUC THI SCHAEFFER and<br>JOHN ACOSTA,<br><br>   Defendants. | 8:15CR178<br><br>PROTECTIVE ORDER |

Upon consideration of the Stipulation for Entry of Protective Order (Filing No. 49),

**IT IS HEREBY ORDERED:**

1. The bank records the Plaintiff will provide in discovery shall be protected from further disclosure by the parties and their counsel in this case.

2. The parties shall treat said discovery as confidential, and shall not disclose the information or use the information for any purpose other than presenting this lawsuit, without further order of the Court.

DATED:  October 2, 2015

BY THE COURT:

s/ Thomas D. Thalken,
United States Magistrate Judge