IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR178 |
| Plaintiff, | |
| vs. | ORDER |
| BRIAN ROBINSON, KIMBERLY SANTIAGO ROBINSON, CUC THI SCHAEFFER, and JOHN ACOSTA, | |
| Defendants. | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

Dated this 3rd day of November, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge