**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:15CR178 |
| ) | |
| vs. ) | ORDER |
| ) | |
| BRIAN ROBINSON, ) | |
| KIMBERLY SANTAIGO ROBINSON, ) | |
| CUC THI SCHAEFFER ) | |
| JOHN ACOSTA and ) | |
| ANTONIO BENITEZ GONZALEZ, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the consent motion for an extension of time by defendant Brian Robinson (Robinson) (Filing No. 68). Robinson seeks until February 29, 2016, in which to file pretrial motions in accordance with the progression order (Filing No. 31). Robinson represents that government's counsel and counsel for the co-defendants agree to the motion and have no objection to the motion. Upon consideration, the motion will be granted as to all defendants.

**IT IS ORDERED:**

Defendant Robinson's motion for an extension of time (Filing No. 68) is granted. **All defendants** are given until **on or before February 29, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **November 18, 2015, and February 29, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of November, 2015.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge