# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN ROBINSON,<br><br>Defendant. | 8:15CR178<br><br>ORDER |

The records of the court show that on November 16, 2015, the Office of the Clerk of Court sent a letter (Filing No. 67) to:

> David M. Michael
> LAW OFFICES OF DAVID M. MICHAEL
> One Sansome Street
> Suite 3500
> San Francisco, CA 94104

The letter directed the attorney to register in compliance with the local rules, within fifteen days, for admission to practice in this court. **See** NEGenR 1.7(d) or (f). As of the close of business on January 12, 2016, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, **on or before February 3, 2016**, attorney David M. Michael shall register or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in Mr. Michael being removed as counsel of record for the defendant.

Dated this 13th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge