# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:15CR178** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BRIAN ROBINSON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Brian Robinson (Robinson) to stay proceedings (Filing No. 156). Robinson seeks a stay of these proceedings pending the conclusion of an investigation of a principal witness for the government. The government opposes such a stay. Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 23rd day of August, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge