## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BRIAN ROBINSON,<br><br>                 Defendant. | 8:15CR178<br><br>**ORDER** |

This matter is before the court on defendant's Consent Motion To Extend Pretrial Motions Deadline [192]. For good cause shown, I find that the motion should be granted in part. The defendant Brian Robinson will be given an approximate 3-week extension. Pretrial Motions shall be filed by March 31, 2017.

**IT IS ORDERED:**

1. Defendant's Consent Motion To Extend Pretrial Motions Deadline [192] is granted in part. Pretrial motions shall be filed on or before March 31, 2017 for this defendant only. Any request for an extension by another defendant requires that defendant to file a motion requesting an extension.

2. Defendant is ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 forthwith.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between March 9, 2017 and March 31, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 13th day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge