IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:15CR178** |
| vs. | |
| BRIAN ROBINSON and KIMBERLY SANTIAGO ROBINSON, | **ORDER** |
| Defendants. | |

This matter is before the Court on Defendants Brian and Kimberly Robinsons' Joint Motion to Reserve Filings of Additional Pretrial Motions.  (Filing Nos. 196, 202.)  The government has filed an Objection to Defendants' Motions.  (Filing No. 211.)

Having carefully reviewed the parties' submissions, and having fully considered the matter,

IT IS ORDERED:

1.      The Joint Motion to Reserve Filings of Additional Pretrial Motions.  (Filing Nos. 196, 202) is denied.

2.      The government's Objection to Defendants' Motion to Reserve Filing of Additional Pretrial Motions (Filing No. 211) is sustained.

3.      Additional pretrial motions shall be filed no later than April 24, 2017.

Dated this 12th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge