# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15CR178 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRIAN ROBINSON and | ) | |
| KIMBERLY SANTIAGO ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the sealed motion [244] filed by David M. Michael and James A. Bustamante, counsel for Brian Robinson, and the sealed motion [242] filed by Zenia K. Gilg, counsel for Kimberly Santiago Robinson. The court held a hearing on the motions on November 9, 2017. Defendants Brian Robinson and Kimberly Santiago Robinson and their counsel, David M. Michael, James A. Bustamante and Zenia K. Gilg were present by videoconference. The United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. After a discussion on the record, the court determined the motions should be granted. David M. Michael and James A. Bustamante have the court's permission to withdraw and substitute counsel will be appointed for defendant Brian Robinson. Zenia K. Gilg has the court's permission to withdraw and substitute counsel will be appointed for defendant Kimberly Santiago Robinson.

Michael D. Gooch, 7215 North 162nd Street, Bennington, Nebraska 68007, (402) 333-0722, is appointed to represent Kimberly Santiago Robinson for the balance of these proceedings pursuant to the Criminal Justice Act. The clerk shall provide a copy of this order to Mr. Gooch.

Dana C. Bradford, III, 6457 Frances Street, Suite 100, Omaha, Nebraska 68106, (402) 344-4000, is appointed to represent Brian Robinson for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Bradford shall file his appearance in this matter forthwith. The clerk shall provide a copy of this order to Mr. Bradford.

Mr. Michael and Mr. Bustamante shall forthwith provide Mr. Bradford with the discovery materials provided defendant Brian Robinson by the government and such other materials obtained which are material to Mr. Robinson's defense.  Ms. Gilg shall forthwith provide Mr. Gooch with the discovery materials provided the defendant Kimberly Santiago Robinson by the government and such other materials obtained which are material to Ms. Robinson's defense.

**IT IS SO ORDERED.**

DATED this 9th day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge